1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  HALLIE M. HOFFMAN (CABN 210020)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7129
7      FAX: (415) 436-7234
       hallie.hoffman@usdoj.gov
8
   Attorneys for United States of America
9

**FILED**

OCT 24 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 92-00706 WDB |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| JOSE CARRERA PEREZ, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Complaint without prejudice. On October 11, 2017, defendant Jose Carrera Perez was extradited from Mexico to the United States pursuant to a provisional arrest warrant for the federal criminal violation of Unlawful Flight to Avoid Prosecution, in violation of 18 U.S.C. § 1073. Perez has been charged by felony complaint in San Mateo County Municipal Court for the crimes of Residential Burglary, in violation of California Penal Code § 460.1; Forced Oral Copulation, in violation of California Penal Code § 264.1; and Forced Sodomy, in violation of California Penal Code § 286(D). Perez is presently in custody in the San Mateo City County Jail.

NOTICE OF DISMISSAL (CR 92-00706 WDB)

1 | The government also moves that the Court quash the arrest warrant issued in connection with the
2 | complaint in this case.

DATED: *October 23, 2017*

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

*/s/ Daniel Kaleba*

DANIEL KALEBA
Deputy Chief, Criminal Division

Leave is granted to the government to dismiss the Complaint. It is further ordered that the arrest warrant issued in connection with the Complaint is quashed.

Date: 10-23-17

*/s/ Jacqueline S. C.*
United States Magistrate Judge

NOTICE OF DISMISSAL (CR 92-00706 WDB)